**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-CR-60163-GAYLES/AUGUSTIN-BIRCH**

**UNITED STATES OF AMERICA,**

**vs.**

**LAURA SEILER-ANSTETT,**

**Defendant.**
_______________________________________/

**JOINT STATUS REPORT REGARDING SPEEDY TRIAL**

Pursuant to Southern District of Florida Local Rule 88.5 ("Rule 88.5") and the Court's Order Setting Trial Date (D.E. 22), the United States of America and counsel for Laura Seiler-Anstett ("Defendant") submit the following Joint Status Report Regarding Speedy Trial:

1. On June 16, 2026, Defendant was indicted on charges of Conspiracy to Commit Health Care Fraud and Wire Fraud, in violation of Title 18, United States Code, Section 1349; and Health Care Fraud, in violation of Title 18, United States Code, Sections 1347 and 2. [D.E. 3].

2. On June 18, 2026, Defendant's initial appearance was held before Magistrate Judge Ryon M. McCabe in the Southern District of Florida. [D.E. 11].

3. On July 2, 2026, Defendant appeared before Magistrate Judge Jared M. Strauss for her arraignment in the Southern District of Florida. [D.E. 15].

4. On July 14, 2026, the Court entered an Order setting Defendant's trial for the two-week trial period commencing on August 10, 2026. [D.E. 22].

5. "The Speedy Trial Act requires that criminal defendants be tried within seventy days of the later of indictment or arraignment." *United States v. Young*, 528 F.3d 1294, 1295 (11th

Cir. 2008) (citing 18 U.S.C. § 3161(c)(1)). Thus, Defendant's speedy trial clock began to run on July 2, 2026.

6. On July 20, 2026, the parties filed a Joint Motion to Continue Trial. [D.E. 24].

7. On August 4, 2026, the Court entered an Order continuing the Defendant's trial for the two-week trial period commencing on January 11, 2027, and excluded the time between July 20, 2026 and January 11, 2027 in the interest of justice. [D.E. 25].

8. Since Defendant was arraigned on July 2, 2026, 33 days of Speedy Trial time have elapsed.

9. After reviewing a draft of this report, defense counsel authorized the undersigned to file this Joint Report.

WHEREFORE, the Government respectfully submits this joint status report on behalf of all parties.

Dated: August 4, 2026

Respectfully submitted,

*/s/ Marissel Descalzo*
MARISSEL DESCALZO, ESQ.
FL Bar No. 669318
md@DescalzoLaw.com

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

LORINDA LARYEA, CHIEF
U.S. DEPARTMENT OF JUSTICE
CRIMINAL DIVISION, FRAUD SECTION

By: */s/ Aisha Schafer Hylton*
Aisha Schafer Hylton
FL Bar No. A5503133
Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section
(202) 365-4660
aisha.schafer.hylton@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on August 4, 2026, I electronically filed the foregoing document via the Court's CM/ECF system.

*/s/ Aisha Schafer Hylton*
Trial Attorney